NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANOFI-SYNTHELABO, SANOFI-SYNTHELABO, INC., BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP,**
*Plaintiffs-Appellees,*

**v.**

**APOTEX INC. AND APOTEX CORP.,**
*Defendants-Appellants.*

---

2012-1383

---

Appeal from the United States District Court for the Southern District of New York in case no. 02-CV-2255, Judge Sidney H. Stein.

---

## ON MOTION

---

## ORDER

Upon consideration of Apotex Inc. and Apotex Corp.'s unopposed motion to voluntarily dismiss the appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**JUN 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert L. Baechtold, Esq.
     Robert B. Breisblatt, Esq.

s25

ISSUED AS MANDATE:   **JUN 0 7 2012**
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 7 2012

JAN HORBALY
CLERK